# MEMORANDA

OF

# CASES NOT REPORTED IN FULL.

---

## REGINA MANSBACH, RESPONDENT, v. THE METROPOLITAN LIFE INSURANCE COMPANY, APPELLANT.

*An action lies against an insurance company to have a policy canceled by it, reinstated.*

APPEAL from a judgment in favor of the plaintiff, entered upon the trial of this action by the court without a jury.

This action was brought to compel the defendant to reinstate an endowment policy taken out and held by the plaintiff on the life of her husband, and to receive the stipulated premiums thereon. The defendant had canceled the policy and declared the same void, on the ground of certain alleged fraudulent representations contained in the application therefor. The court below found that no fraudulent representations were made in the application for the policy.

The court at General Term said: " In *Cohen* v. *New York Mutual Insurance Company* (50 N. Y., 610) it was substantially held that an action of this nature could be maintained, for the purpose of restoring a policy of insurance repudiated by the defendant. So far as the meritorious rights of the parties in such a case as that are concerned, the decision has been overruled, we have no doubt correctly, by the Supreme Court of the United States, but it is still the law of the courts of this State, and is not affected by the decision of the Supreme Court of the United States, so far as relates to the right to maintain such an action."

*William H. Arnoux,* for the appellant. *C. Strauss,* for the respondent.

Opinion by DAVIS, P. J. ; BRADY and INGALLS, JJ., concurred.

Judgment affirmed, with costs.